```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Alfredo DAVIS,                      :

                Plaintiff,          :        ORDER
                                             10 Civ. 288 (GBD)(MHD)
        -against-                   :

Comm'r Martin F. HORN, et al.,      :

                Defendants.         :
-----------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/10
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

On May 28, 2010, I issued a <u>Valentin</u> order directing the City of New York to attempt to ascertain the full names and shield numbers of two defendants whom the United States Marshal's Service had been unable to serve: Mr. Restrepo, Correction Officer, and E. Perez, Deputy Warden. (<u>See</u> Order, May 28, 2010). The City promptly provided this information to the Court and to plaintiff in a letter dated June 2. (<u>See</u> Letter to the Court from Janice Casey Silverberg, Esq., Assistant Corp. Counsel, June 2, 2010, annexed to this order). On June 3, plaintiff wrote to inform the court that he is no longer at Rikers Island and has a new mailing address in the Bronx. (<u>See</u> Docket # 21).

It is unclear whether or not plaintiff received the City's letter before he left Rikers Island. We have been informed that, as

1

of today, plaintiff has not provided the full names and shield numbers of defendants Restrepo and Perez to the United States Marshal's Service.

It is hereby **ORDERED** that the United States Marshal's Service is to promptly attempt personal service again on defendants Restrepo and Perez, whose full names, shield numbers, and locations are as follows:

> C.O. Guillermo Restrepo, Jr.
> Shield # 18631
> George R. Vierno Center ("GRVC")
> 09-09 Hazen Street
> East Elmhurst, NY 11370
>
> Deputy Warden Eliseo Perez, Jr.
> Shield # 272
> George R. Vierno Center ("GRVC")
> 09-09 Hazen Street
> East Elmhurst, NY 11370

(See Silverberg Letter, June 2, 2010; Marshal's Process Receipts, Docket ## 13, 18).

**DATED:** New York, New York
June 30, 2010

SO ORDERED.

MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today:

BY FACSIMILE TO:

Janice Casey Silverberg, Esq.
Assistant Corp. Counsel
City of New York Law Dep't
Fax: (212) 788-0940

BY MAIL TO:

Mr. Alfredo Davis
1820 Loring Place South #24
Bronx, NY 10453

BY INTEROFFICE MAIL TO:

United States Marshal's Service
Room 400

Pro Se Office
Room 230